# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NADINE VOIGT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. 07-50-CJP |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on March 28, 2008, (Doc. 25), the final decision of the Commissioner of Social Security is **AFFIRMED**.

Plaintiff shall take nothing from this action.

DATED: March 31, 2008

                                       **NORBERT G. JAWORSKI, CLERK**

                                       **BY: S/ Angela M. Vehlewald**
                                                **Deputy Clerk**

**Approved by S/ Clifford J. Proud**
                    **United States Magistrate Judge**
                    **Clifford J. Proud**